### Exhibit A to the Complaint

**Location:** Centereach, NY  
**Total Works Infringed:** 204

**IP Address:** 24.190.28.5  
**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 37481DFC44C8C0AD32770301F8AC48683527309B | 02/23/2019 02:18:17 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 2 | 0268A4F2D187EE10BE5C24BCFE5ED4CDC98D1586 | 05/06/2018 23:59:36 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 3 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | 02/07/2019 04:25:32 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 4 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | 02/05/2019 02:07:09 | Tushy | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 5 | 0643DF6F442844DD750D65EC5EDEF80C28194CC4 | 05/10/2018 02:16:18 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 6 | 06C44F82398C2D46CC209E18E6C20CB6C4CBFBB5 | 02/07/2019 20:18:20 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 7 | 06F79434931C13FC439AF646206E698DBF9E6913 | 02/07/2019 19:18:15 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 8 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | 02/05/2019 11:03:51 | Tushy | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 9 | 086FB726BF8CE83ACC1EB131151CE827A79297C1 | 02/05/2019 02:06:45 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 10 | 09A033A4100F13353B8AA68C5A3DAC84394FCE9B | 06/10/2018 11:47:12 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 11 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | 02/07/2019 19:26:56 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 12 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | 02/07/2019 17:49:23 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 13 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | 02/07/2019 07:54:30 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 14 | 0DDB870B7DDD0CD5EAC9115D444A99D194EC1EA2 | 02/06/2019 17:28:08 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 15 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | 02/07/2019 04:32:29 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 16 | 1033E650C7CD1F17943A64DB30C19104B0DC872F | 02/07/2019 19:24:39 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 17 | 12405EF8C34C23A19BC7E7618EB2CA14B9E88E98 | 02/07/2019 04:48:57 | Blacked | 06/04/2018 | 07/09/2018 | PA0002109329 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 127D8EAEE8F45701A505248271A3CFD34373E448 | 02/05/2019 15:28:00 | Tushy | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 19 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | 05/09/2018 12:37:08 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 20 | 13F8B657984BB039924814A1A97078E76113ADE6 | 02/07/2019 04:39:53 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 21 | 143DE72BE8BE01E170CDD178211D6F149A67B3D4 | 02/07/2019 16:54:26 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 22 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | 02/07/2019 09:32:37 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 23 | 17132995D1EBE0F2361F9EEB998C6DE850DE46DE | 02/07/2019 08:53:18 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 24 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | 02/08/2019 16:48:01 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 25 | 1B99BCB48901142E0B0F76F0AFF83CA8A7B487C9 | 02/05/2019 01:28:09 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 26 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | 02/05/2019 15:46:42 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 27 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | 02/07/2019 18:44:05 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 28 | 1D0EB19BDF16A99EF1F5A909177B5F4642DA10EB | 05/10/2018 06:21:40 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 29 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | 02/05/2019 03:14:30 | Tushy | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 30 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | 02/07/2019 04:00:35 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 31 | 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34 | 02/07/2019 19:52:40 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 32 | 1E77F001441EAADCAC10AABA810AD0D31AD6E667 | 02/06/2019 20:22:51 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 33 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 02/07/2019 18:56:51 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 34 | 1F1523CE21888D1021051942687079E80D7FEAF9 | 02/05/2019 02:11:31 | Tushy | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 35 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | 02/07/2019 19:41:09 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 36 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | 02/07/2019 04:13:37 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 02/07/2019 18:39:45 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 38 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | 02/07/2019 04:20:14 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 39 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | 02/07/2019 18:35:18 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 40 | 288EBA072091AF90DF7E22989C4BC66087B2C773 | 02/07/2019 02:39:05 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 41 | 289FE7D65DFCFACB416832D12862105A2762841A | 02/07/2019 09:23:06 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 42 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 02/06/2019 20:23:25 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 43 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | 02/07/2019 05:08:50 | Blacked | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 44 | 2A605A06D26DD7077ED45EBD649947BA09AAD98D | 02/05/2019 03:07:53 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 45 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | 02/07/2019 18:50:56 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 46 | 2C87C60C1780C78E400F9EF552F85B1954FE1985 | 02/07/2019 18:35:10 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 47 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | 02/07/2019 04:04:07 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 48 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | 02/07/2019 18:56:05 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 49 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | 02/07/2019 19:30:42 | Blacked Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 50 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | 02/07/2019 04:41:19 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 51 | 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1 | 02/07/2019 12:09:40 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 52 | 34754DC504FBFF55CA0D7CDEE4428C750C83C8C3 | 02/07/2019 05:25:05 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 53 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | 02/05/2019 00:30:02 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 54 | 3595316CCA479043472C8512B52F63F047E77C58 | 02/05/2019 04:32:24 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 55 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | 02/07/2019 19:22:12 | Blacked Raw | 12/13/2017 | 01/02/2018 | PA0002097434 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 36B7266729748819E444F7942B37F3EDD4208849 | 02/07/2019 19:24:31 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 57 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | 02/07/2019 19:23:42 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 58 | 3754C381E6B3DCC20647F7F94277B364471F090F | 02/07/2019 04:46:10 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 59 | 37A6B5BDFD979CD2C8D678F01F615EE0792C6DA1 | 02/05/2019 01:53:57 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 60 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | 02/08/2019 16:58:20 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 61 | 3CC457CC799E21AEADDA7D5E0EA1A77B64A1C98C | 02/07/2019 09:36:46 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 62 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | 02/07/2019 19:44:49 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 63 | 3E71EE47FAD229C4F128102A0B8F404F93C2B7B2 | 02/07/2019 05:03:29 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 64 | 400E090F4802B871662C556A82ABFC945392215F | 02/07/2019 04:02:14 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 65 | 41F78D5492685571C1698A45C2B9D24E53275C1C | 02/07/2019 16:39:39 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 66 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | 02/07/2019 19:44:55 | Blacked Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 67 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 02/07/2019 18:41:47 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 68 | 4494BECF6E8B12F5A6A7309B19CD1F5D28E6F481 | 02/07/2019 19:58:34 | Blacked Raw | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 69 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | 02/06/2019 20:30:14 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 70 | 44F3F16CC60D7AE034BB31F4EE5BF34D9BA6DEE7 | 02/07/2019 19:47:07 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 71 | 46161EE4AD53F51B827C0DE61AE49F60447F3371 | 02/07/2019 17:57:33 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 72 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | 02/04/2019 08:25:21 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 73 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 02/07/2019 11:43:11 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 74 | 4A83CBF3B91693987836262F7647953E50E6DC28 | 02/07/2019 16:20:19 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 4A9EA24C2A9EC5D1AE5F2CBBA2C197EB621BE95A | 02/04/2019 22:41:45 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 76 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | 02/07/2019 04:09:00 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 77 | 4D974878B09C6B9EEFEF8DB2A3349EE8FD961613 | 02/07/2019 16:56:10 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 78 | 4E8D4A05C40F8A1ECC2126D9855D8FC7BB81B85D | 06/10/2018 11:46:22 | Blacked | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 79 | 4FD530AFCD695ED8E130447A426E45259006C41E | 02/05/2019 10:26:07 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 80 | 514DA9276C6960169C24F6FC7D37B2434CFB57E6 | 06/10/2018 12:25:02 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 81 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | 02/07/2019 10:55:04 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 82 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | 02/23/2019 02:40:09 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 83 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | 02/05/2019 10:01:02 | Tushy | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 84 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | 02/07/2019 18:53:40 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 85 | 5CC7EFDE75DF2F2876F477C07B4A14FFB4FEE171 | 02/05/2019 15:44:28 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 86 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 02/07/2019 04:10:16 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 87 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 02/07/2019 18:40:28 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 88 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | 02/05/2019 01:18:46 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 89 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | 02/07/2019 18:50:37 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 90 | 62DEBABF5C6E7174BC6D60794659DE722532235B | 05/09/2018 13:16:31 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 91 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | 02/07/2019 04:28:59 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 92 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | 02/07/2019 04:27:57 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 93 | 6499A6A732D1DBC1C9FB924BAE6077290DC8F478 | 02/05/2019 06:12:49 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 64D663611B62E665E65367E02BB37633AF662B0D | 02/05/2019 03:31:47 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 95 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 02/07/2019 10:03:23 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 96 | 674C80192CE7D8D62ADB17E3B67B746B06119A9E | 02/05/2019 02:42:27 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 97 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | 02/07/2019 03:54:23 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 98 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | 05/29/2018 22:40:48 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 99 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 02/07/2019 18:47:49 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 100 | 6CD0EC33209B989A82857A3CA18F69FA107E8199 | 02/08/2019 17:46:39 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 101 | 6FAEC06702D299A0953DDB78138E36423343C8CC | 02/07/2019 11:29:49 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 102 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | 02/07/2019 08:48:21 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 103 | 70EA4507606918AE97CFB4C96B9F691455823620 | 02/05/2019 01:50:31 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 104 | 7187921EA9FCD6A45613346F742B048B53088923 | 02/04/2019 22:49:08 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 105 | 719DFEEFE44D4F5542BD2BCEAA73D7096DD3F340 | 02/08/2019 17:54:43 | Blacked | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 106 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | 02/07/2019 08:00:40 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 107 | 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E | 05/09/2018 13:01:28 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 108 | 74E070565386C10CB521376AFA332D57AE57DE3E | 02/06/2019 20:42:19 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 109 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 02/07/2019 01:56:51 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 110 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | 02/08/2019 16:46:27 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 111 | 77537958D009D974B9970112342BCA232614C16F | 02/07/2019 04:19:19 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 112 | 78D13BB0CEAED240FE7F3FEA179FF03C2EB24A22 | 05/09/2018 11:51:12 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | 793872A8D856D7C2D495C13BD6D4EEEC9961C2CA | 02/07/2019 05:01:05 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 114 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 02/07/2019 04:30:48 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 115 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 02/07/2019 04:21:32 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 116 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | 02/07/2019 18:35:10 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 117 | 7D57922D6A9BD107E1FFFB6E772342C65753959E | 02/07/2019 02:08:18 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 118 | 8151CF541971EF70109DA42D60358D50840274AE | 02/05/2019 01:33:57 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 119 | 81A0FA700BD0F538231051D57102ED3BBA302456 | 02/07/2019 07:42:19 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 120 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | 02/07/2019 18:42:37 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 121 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | 02/06/2019 20:29:23 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 122 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | 02/05/2019 02:33:50 | Tushy | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 123 | 868353D47C12FDD4FD5E71460DB067A4D8A0EF49 | 02/07/2019 16:39:37 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 124 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | 02/07/2019 10:08:44 | Blacked | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 125 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | 02/07/2019 18:46:01 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 126 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 02/07/2019 18:42:32 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 127 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | 05/31/2018 12:26:00 | Tushy | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 128 | 9524AB58227B7CDA54C0623C476A1DDEF6CD83FA | 02/07/2019 10:14:34 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 129 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | 02/05/2019 04:38:19 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 130 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 02/07/2019 04:57:10 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 131 | 9E23D180CE13A745D888960C51567F094143E3F7 | 02/04/2019 22:48:31 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED | 02/07/2019 03:52:56 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 133 | 9F02218C1488544F43D1FED807CB4B40D368A4BA | 02/07/2019 04:15:55 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 134 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 02/06/2019 20:35:12 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 135 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | 02/07/2019 04:35:26 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 136 | A0F6BF8070A998876C36DED0B2A2F4012225842A | 05/09/2018 20:54:41 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 137 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | 02/05/2019 15:45:04 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 138 | A63E60FB433AA3E9617046C7EF74596996606ABD | 02/05/2019 04:32:17 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 139 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | 02/07/2019 09:58:00 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 140 | A79E1BEA716422681872B46A4AC579C82B92D143 | 02/07/2019 18:15:13 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 141 | A89525172FC31E96791A5091366B3B562DA0B84A | 02/07/2019 18:54:03 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 142 | AA212AB6AE9FB53ACFAAA22660E3743994A89261 | 05/18/2018 23:44:01 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 143 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | 02/07/2019 19:29:28 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 144 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | 02/07/2019 04:57:05 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 145 | B00AE86114D9EC357838EE9D82FEB90DB79CC0EA | 09/19/2018 13:24:49 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 146 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 02/07/2019 03:55:45 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 147 | B1A2DC4765A2B4D99B966CF0D71D5D3E5D20C027 | 02/07/2019 19:47:11 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 148 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | 02/07/2019 16:27:18 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 149 | B30A24C236439A9B2C65C9234830190BD3026085 | 02/05/2019 01:36:15 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 150 | B42B340A88951098B873FEEDD5192B04C8014593 | 02/07/2019 04:28:58 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 02/07/2019 04:01:01 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 152 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | 02/05/2019 01:51:07 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 153 | B9E072232E0539EEBAFF9F6141443FE228C52360 | 02/06/2019 20:38:55 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 154 | BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71 | 02/07/2019 19:43:46 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 155 | BC521572A6896BC04EA5EB4B8C24931FE0A03218 | 02/05/2019 07:35:53 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 156 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | 02/07/2019 20:01:12 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 157 | BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97 | 02/06/2019 20:26:40 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 158 | BD633D05743A426AA5861AB650B812AD46D13FEC | 02/07/2019 16:45:22 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 159 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | 02/07/2019 18:58:26 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 160 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 02/07/2019 03:31:43 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 161 | C4BEBCB3F1734699E1B6BFE442B9476656243533 | 02/05/2019 15:44:15 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 162 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | 02/05/2019 04:15:38 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 163 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | 02/07/2019 20:01:13 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 164 | C895A08BD5AA43714586882751530C83B9DDB6C9 | 02/05/2019 15:28:58 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 165 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | 02/07/2019 07:57:35 | Blacked | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 166 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | 02/07/2019 05:05:43 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 167 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | 02/07/2019 05:14:59 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 168 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | 02/08/2019 14:29:52 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 169 | CD222FFE778D31D986207119E003BA3A1F7039B0 | 05/06/2018 22:56:33 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 170 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | 02/07/2019 04:00:34 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 171 | CF10CCA71A512EFC8CD3754DECA3C547E80FC462 | 02/08/2019 10:52:16 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 172 | CF7373B976BF078DBB9CE0871213D8469D84358D | 02/05/2019 01:41:00 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 173 | CFC43FBDF00B5E19FD18B04021949B9367CB28EA | 02/07/2019 04:01:37 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 174 | D004FE4CC187D0709C94955D8BF728C72E039D05 | 02/07/2019 19:43:10 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 175 | D2FF2558CAF3D4F219832D650D4F938A231A4E86 | 02/05/2019 15:23:37 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 176 | D31CBC39E31EA20141EB847E24725F06CFC004AB | 02/07/2019 08:24:37 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 177 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | 02/07/2019 08:50:51 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 178 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | 02/07/2019 05:12:54 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 179 | DDD2B1604C70AD3DA7C202C04003CF9E281209D4 | 02/07/2019 04:40:05 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 180 | E07877B71CF19666B48388AB9C202988860AC477 | 02/04/2019 22:49:25 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 181 | E10259BB09AFE9410D944641E94048900ADEF0F2 | 02/07/2019 04:45:18 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 182 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | 02/05/2019 03:15:46 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 183 | E3A583C6DEFC69FD378AA6017293997693692ECF | 02/07/2019 08:57:48 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 184 | E43B5A0E42878BF3B8F3EE68B62E1CA65212E2E4 | 02/05/2019 15:19:43 | Tushy | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 185 | E469D8E3D0465ADC019DB5A9092D70B24A38E326 | 02/07/2019 16:38:54 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 186 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | 02/07/2019 08:12:55 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 187 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | 06/23/2018 14:14:22 | Blacked Raw | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 188 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | 02/05/2019 05:18:43 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 189 | ECEC874C21239A30F35D90C14D825619A4E8486A | 02/07/2019 19:07:54 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 190 | EE39528C7065FF52B465D599BA395BF972CD06E6 | 02/07/2019 04:52:36 | Blacked | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 191 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 02/07/2019 03:51:42 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 192 | EEC7FD0D0B802ADAB2F301BED49E79E241B52FD8 | 06/04/2018 02:24:51 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 193 | EFCD1F3E84621F59B5417018596F1D8DACC08C06 | 02/05/2019 15:22:48 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 194 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | 02/08/2019 16:38:48 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 195 | F0DA147A14198B014044C1205BB3950A08D64080 | 02/07/2019 04:31:47 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 196 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | 02/07/2019 20:28:37 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 197 | F207C6C3F65C21C963AA1D6C4DFD9B07B5013709 | 02/07/2019 01:39:55 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 198 | F2F941EC25688A92844C63832B4D7F3507776747 | 02/07/2019 17:35:36 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 199 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 02/07/2019 18:12:06 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 200 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | 02/07/2019 02:37:22 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 201 | FD94F66DD045FAE1B735ACF2E56118445ECDB9B6 | 02/08/2019 14:39:15 | Blacked | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 202 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 02/05/2019 00:34:00 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 203 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 02/07/2019 19:24:57 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 204 | FF2F195038D56E5B4DE93C391CF8810515A7F114 | 02/07/2019 21:17:40 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |